**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BEHRENDT, MARY A. | § Case No. 11-82049 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    211 South Court Street
    Room 110
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00PM on 11/02/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____   By: ___/s/ STEPHEN G. BALSLEY_____
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: BEHRENDT, MARY A.   § Case No. 11-82049
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 10,000.00 |
| *and approved disbursements of* | $ 25.00 |
| *leaving a balance on hand of* [1] | $ 9,975.00 |
| **Balance on hand:** | $ 9,975.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,975.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,106.00 | 0.00 | 2,106.00 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,856.00 |
| Remaining balance: | $ 6,119.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,119.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,119.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 222,324.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 6,195.90 | 0.00 | 170.54 |
| 2 | DDR McHenry Square LLC | 204,230.59 | 0.00 | 5,621.01 |
| 3 | GE Money Bank | 2,381.39 | 0.00 | 65.54 |
| 4 | Discover Bank | 9,516.23 | 0.00 | 261.91 |

Total to be paid for timely general unsecured claims: $ 6,119.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Mary A. Behrendt  
    Debtor

Case No. 11-82049-MB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3      User: vgossett      Page 1 of 1      Date Rcvd: Oct 12, 2011  
                    Form ID: pdf006     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2011.
```
db            +Mary A. Behrendt,    5803 Cobblestone Trail,    McHenry, IL 60050-5972
17225603       ADT Security Service, Inc.,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
17225605       AT & T,    c/o CBSC,    P.O. Box 163250,    Columbus, OH 43216-3250
17225604      +Ally Financial,    P.O. Box 380901,    Minneapolis, MN 55438-0901
17225606    ++++BAC HOME LOANS SERV, LP,    HOME RET DIV-CA6-919-01-43,    400 NATIONAL WAY,
               SIMI VALLEY CA 93065-6414
              (address filed with court: BAC Home Loans Serv, LP,    Home Ret Div-CA6-919-01-43,
               400 Countrywide Way,    Simi Valley, CA  93065)
17225608      +Capital One,    c/o Blitt & Gaines, P.C.,    661 Glenn Ave.,    Wheeling, IL 60090-6017
17654609       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
               Oklahoma City, OK 73124-8839
17225610       Citibank,    1000 Technology Dr.,    O Fallon, MO 63368-2240
17225611       Citibusiness Card,    P.O. Box 688901,    Des Moines, IA 50368-8901
17225612       Comerica Bank,    Mail Code 6512-SBA,    P.O. Box 650282,    Dallas, TX 75265-0282
17225613      +DDR,    3300 Enterprise Pkwy.,    Beachwood, OH 44122-7200
17775077      +DDR McHenry Square LLC,    3300 Enterprise Parkway,    Beachwood, Ohio 44122-7200
17225614       Discover Card,    c/o Baker & Miller, P.C.,    29 N. Wacker Dr., 5th Floor,
               Chicago, IL 60606-2854
17287516      +Eric C. Cotton, Esquire,    Developers Diversified Realty Corp.,    3300 Enterprise Parkway,
               P.O. Box 228042,    Beachwood, Ohio 44122-8042
17225615      +Illinois State Toll Hwy Auth.,    c/o Arnold Scott Harris, PC,    222 Merchandise Mart Pl-Stl932,
               Chicago, IL 60654-1103
17225616      +John Puca,    5803 Cobblestone Trail,    McHenry, IL 60050-5972
17225617      +Laurence A. Wilbrandt,    65 S. Virginia Street,    Crystal Lake, IL 60014-5852
17225618      +PNC Bank, NA,    c/o Weltman, Weinberg & Reis,    180 N. LaSalle St./Ste 2400,
               Chicago, IL 60601-2704
17225619      +State collection Services,    P.O. Box 6250,    Madison, WI 53716-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17225609      +E-mail/Text: bnc@ursi.com Oct 13 2011 03:46:25     Ciiti Loan,    c/o United Recovery Systems,
               5800 N. Course Dr.,    Houston, TX 77072-1613
17818874       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 13 2011 05:14:17      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17801450       E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:52      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17225620       E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:51      Walmart,    P.O. Box 965024,
               Orlando, FL 32896-5024
                                                                                              TOTAL: 4
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17225607*     +Mary A. Behrendt,    5803 Cobblestone Trail,    McHenry, IL 60050-5972
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**            **Signature:** _Joseph Speetjens_