# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: BEHRENDT, MARY A. | § | Case No. 11-82049 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$190,149.00_ *(without deducting any secured claims)* | Assets Exempt: _$18,719.00_ |
| Total Distribution to Claimants: _$6,119.00_ | Claims Discharged Without Payment: _$397,504.85_ |
| Total Expenses of Administration: _$3,881.00_ | |

3) Total gross receipts of $ 10,000.00   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2** ), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $109,341.40 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,881.00 | 3,881.00 | 3,881.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 243,146.71 | 222,324.11 | 222,324.11 | 6,119.00 |
| **TOTAL DISBURSEMENTS** | $352,488.11 | $226,205.11 | $226,205.11 | $10,000.00 |

4)  This case was originally filed under Chapter 7 on May 03, 2011. The case was pending for 9 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2012_____ By:_/s/STEPHEN G. BALSLEY_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5803 Cobblestone Trail, McHenry, IL 60050 | 1110-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BAC Home Loans Serv, LP | 4110-000 | 89,556.93 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 8,316.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank, NA c/o Weltman, Weinberg & Reis | 4110-000 | 11,468.47 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $109,341.40 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,106.00 | 2,106.00 | 2,106.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | 3,881.00 | 3,881.00 | 3,881.00 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 6,152.13 | 6,195.90 | 6,195.90 | 170.54 |
| 2 | DDR McHenry Square LLC | 7100-000 | 41,951.80 | 204,230.59 | 204,230.59 | 5,621.01 |
| 3 | GE Money Bank | 7100-000 | 2,154.00 | 2,381.39 | 2,381.39 | 65.54 |
| 4 | Discover Bank | 7100-000 | 11,589.04 | 9,516.23 | 9,516.23 | 261.91 |
| NOTFILED | Comerica Bank | 7100-000 | 154,381.08 | N/A | N/A | 0.00 |
| NOTFILED | Citibusiness Card | 7100-000 | 10,930.92 | N/A | N/A | 0.00 |
| NOTFILED | Illinois State Toll Hwy Auth. c/o Arnold Scott | 7100-000 | 286.70 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 964.65 | N/A | N/A | 0.00 |
| NOTFILED | State collection Services | 7100-000 | 1,534.00 | N/A | N/A | 0.00 |
| NOTFILED | AT & T c/o CBSC | 7100-000 | 285.09 | N/A | N/A | 0.00 |
| NOTFILED | Ciiti Loan c/o United Recovery Systems | 7100-000 | 11,064.64 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Service, Inc. | 7100-000 | 1,852.66 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 243,146.71 | 222,324.11 | 222,324.11 | 6,119.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82049

**Case Name:** BEHRENDT, MARY A.

**Period Ending:** 02/08/12

**Trustee:** (330410)    STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 05/03/11 (f)

**§341(a) Meeting Date:** 06/16/11

**Claims Bar Date:** 09/22/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5803 Cobblestone Trail, McHenry, IL 60050<br>    See Order to Sell Real Estate entered August 22, 2011. | 177,250.00 | 61,224.60 | DA | 10,000.00 | FA |
| 2 | Cash on Hand Location: In debtor's possession | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | Chase Checking Account Location: In debtor's pos | 39.00 | 0.00 | DA | 0.00 | FA |
| 4 | Sofe, Bedroom Set, Dining Table & Chairs, Locati | 700.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing Location: In debtor's possession | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Engagement Ring and Costume jewelry Location: In | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Canon Digital Camera Location: In debtor's posse | 30.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2006 Chevy Equinox mileage = 50,000 Location: In | 11,580.00 | 864.00 | DA | 0.00 | FA |
| **8** | **Assets**    Totals (Excluding unknown values) | **$190,149.00** | **$62,088.60** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2011    **Current Projected Date Of Final Report (TFR):**    October 5, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-82049 |
| **Case Name:** | BEHRENDT, MARY A. |
| | |
| **Taxpayer ID #:** | **-***6326 |
| **Period Ending:** | 02/08/12 |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******91-66 - Checking Account |
| **Blanket Bond:** | $373,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/11 | {1} | Mary Behrendt | Bankruptcy Estate's Interest in 5803 Cobblestone Trail, McHenry, IL | 1110-000 | 1,000.00 | | 1,000.00 |
| 09/26/11 | {1} | Mary Behrendt | Bankruptcy Estate's interest in 5803 Cobblestone Trail, McHenry, IL | 1110-000 | 9,000.00 | | 10,000.00 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,975.00 |
| 11/02/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,106.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,106.00 | 7,869.00 |
| 11/02/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,750.00, Trustee Compensation; Reference: | 2100-000 | | 1,750.00 | 6,119.00 |
| 11/02/11 | 103 | Capital One Bank (USA), N.A. | Dividend paid 2.75% on $6,195.90; Claim# 1; Filed: $6,195.90; Reference: | 7100-000 | | 170.54 | 5,948.46 |
| 11/02/11 | 104 | DDR McHenry Square LLC | Dividend paid 2.75% on $204,230.59; Claim# 2; Filed: $204,230.59; Reference: | 7100-000 | | 5,621.01 | 327.45 |
| 11/02/11 | 105 | GE Money Bank | Dividend paid 2.75% on $2,381.39; Claim# 3; Filed: $2,381.39; Reference: | 7100-000 | | 65.54 | 261.91 |
| 11/02/11 | 106 | Discover Bank | Dividend paid 2.75% on $9,516.23; Claim# 4; Filed: $9,516.23; Reference: | 7100-000 | | 261.91 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,000.00 | 10,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 10,000.00 | 10,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,000.00** | **$10,000.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******91-66** | **10,000.00** | **10,000.00** | **0.00** |
| | **$10,000.00** | **$10,000.00** | **$0.00** |